# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2324
L.T. Case No. 2010-CF-021137-B

_____

JUSTIN JAMAR JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Justin Jamar Jones, Carrabelle, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

October 1, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____